## Summons and Complaint Return of Service

Case No.  2:08-cv-15261
Hon. Gerald A. Rosen

A copy of the Summons and Complaint has been served upon the Defendant in the manner indicated below:

Name of Defendant Served:   Michelin North America, Incorporated

Date of Service:   April 21, 2009

### Method of Service

__X__   Personally served at this address:
The Corporation Company, 30600 Telegraph, Ste. 2345
Bingham Farms   MI   48025

____   Left copies at defendant's usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Scott Hogan

Signature of Server:   _[signature]_

Date:   April 21, 2009

Server's Address:   P.O. Box 4390, Troy, MI   48099